

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00279-CV

_____

KENDALL CAGE, Appellant

V.

RESIDENCES OF AUSTIN RANCH #5, Appellee

---

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV2020-02009-JP

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's unopposed "Motion of Case Dismissal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: April 29, 2021